IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-03417-CMA-MJW

COMPREHENSIVE ADDICTION TREATMENT CENTER, INC.,
   a Colorado corporation, and
PAMELA MANUELE,

      Plaintiffs,

v.

DARIA LESLEA, Individually and in her official capacity as Controlled Substance
   Administrator, Division of Behavioral Health, f/k/a Alcohol and Drug Abuse Division,
   Colorado Department of Human Services,
JANET WOOD, Individually and in her official capacity as Director,
   Division of Behavioral Health f/k/a Alcohol and Drug Abuse Division,
   Colorado Department of Human Services,
MARY McCANN, Individually and in her official capacity as Clinical Director,
   Division of Behavioral Health f/k/a Alcohol and Drug Abuse Division,
   Colorado Department of Human Services,
KAREN BEYE, Individually and in her official capacity as Executive Director,
   Colorado Department of Human Services,
JOSCELYN GAY, Individually and in her official capacity as Deputy Executive
   Director, Office of Behavioral Health, Colorado Department of Human Services,
KAREN MOONEY, Individually and in her official capacity as Treatment Field
   Manager, Division of Behavioral Health f/k/a Alcohol and Drug Abuse Division,
   Colorado Department of Human Services, and
THE COLORADO DEPARTMENT OF HUMAN SERVICES, DEPARTMENT OF
BEHAVIORAL HEALTH,

      Defendants.

## ORDER GRANTING DEFENDANT'S MOTION FOR AWARD OF COSTS

This matter is before the Court on Defendant's Motion for Award of Costs. (Doc. # 45.) Defendant is entitled to its costs under Fed. R. Civ. P. 54(d)(1). The Court's Order Granting Defendant's Motion Based on Qualified Immunity and for Lack of

Subject Matter Jurisdiction (Doc. # 41) did not award such costs solely due to an oversight.

Accordingly, the Court ORDERS that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of the Court within ten days of the entry of this order.

DATED: June  21 , 2013.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge